# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV60 |
| | ) | |
| v. | ) | |
| | ) | |
| KELLOGG USA, INC. | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court pursuant to 28 U.S.C. § 636 and the general order of referral on the motion of Dana E. Washington for leave to withdraw as defense counsel. The record shows that Lawrence J. Murphy and Elizabeth Wells Skaggs remain counsel of record for the defendant.

**IT IS ORDERED:**

1. The motion for leave to withdraw (#39) is granted.

2. The Clerk shall terminate the appearance of Dana E. Washington shall remove Ms. Washington from the distribution list for this case.

**DATED June 8, 2005.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**