## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES HILL, | ) | CASE NO 8:02CV436 |
|     Plaintiff, | ) | |
| vs. | ) | ORDER |
| KELLOGG USA, INC., | ) | |
|     Defendant. | ) | |
| | | |
| CHARLES HILL, | ) | CASE NO. 8:04CV60 |
|     Plaintiff, | ) | |
| v. | ) | ORDER |
| KELLOGG USA, INC. and the KELLOGG COMPANY-BAKERY, TOBACCO AND GRAIN MILLERS PENSION COMMITTEE, | ) | |
|     Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion and the Stipulation of the parties to extend the time for Plaintiff to respond to Defendant's Motion for Summary Judgment to and including July 21, 2005.  The Court, being fully advised in the premises, approves the Stipulation and finds that said Motion should be granted.

IT IS ORDERED:

1. Plaintiff's Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment (8:02CV436, Filing No. 60; and 8:04CV60, Filing No. 50) is granted;

2. Plaintiff shall file his response to the Defendant's Motion for Summary Judgment on or before July 21, 2005.

DATED this 1st day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Court Judge